UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-04044-AH-(SSCx) | Date | September 25, 2026 |
| Title | *Benjamin Laurence Pavone v. George Cardona, et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff filed the Complaint in this case on April 15, 2026. Dkt. No. 1. To date, Plaintiff has not filed any Proof of Service to demonstrate that the defendants in this case have been served within 90 days of the Complaint being filed. *See* Fed. R. Civ. P. 4(m). Plaintiff is ordered to show cause in writing, no later than **seven (7) days** from the date of this Order, why this action should not be dismissed for lack of prosecution for failure to timely effectuate service. Failure to adequately or timely respond to this Order will result in dismissal of this action without prejudice under Rule 4(m) without further notice.

**IT IS SO ORDERED.**